■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN R. LAWLESS, Appellant. [842 NYS2d 729]—Appeal by the defendant from an order of the County Court, Suffolk County (Hudson, J.), dated May 25, 2006, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's determination designating the defendant a level two sex offender was supported by clear and convincing evidence, and therefore should not be disturbed (*see* Correction Law § 168-n [3]; *People v Glenn*, 24 AD3d 427 [2005]). Contrary to the defendant's contention, the assessment of 30 points under risk factor 5 was appropriate (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 11 [2006 ed]). Schmidt, J.P., Santucci, Florio and Dillon, JJ., concur.